December 16, 2011

Mr. James B. Pinson
Assistant City Attorney
1500 Marilla Street, 7B North
Dallas, TX 75201
Mr. Charles W. McGarry
Law Office of Charles McGarry
701 Commerce Street, Suite 400
Dallas, TX 75202

RE: Case Number: 07-0288
 Court of Appeals Number: 05-03-01310-CV
 Trial Court Number: 1-95-506

Style: CITY OF DALLAS
 v.
 DAVID S. MARTIN AND GEORGE G. PARKER, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Eric G. Calhoun|
| | |
| |Ms. Lisa Matz |
| |Ms. Kay McDaniel |
| |Mr. Philip A. |
| |Lionberger |